Brevard Naval Stores Company, a Corporation, and Florida Naval Stores and Manufacturing Company, a Corporation, Plaintiffs in Error, v. St. Johns River Terminal Company, a Corporation, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for defendant in error, at costs of plaintiffs in error. ·

*D. M. Gornto,* for Plaintiffs in Error;

*John C. Cooper & Son,* for Defendant in Error.